Announced Wednesday, January 27.

38580. The State, ex rel. Stanford Stillpass et al. v. P. E. Masheter, Dir. of Highways. In Mandamus. Dismissed on application of relators at costs of respondent.

39170. Roger M. Dodds v. E. B. Haskins, Supt., London Correctional Institution. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39172. David Miles v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39186. Stanley Mruk v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39174. The State of Ohio, appellee v. Richard Coley Stokes, appellant. Stark County. For leave to appeal. Allowed.